Carolyn J. Johnsen --011894 cjjohnsen@jsslaw.com
Todd M. Adkins -- 025338 tadkins@jsslaw.com
Kerry A. Hodges --025547 khodges@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

Attorneys for the Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| NAMWEST, LLC, *et al.* | Case Nos. 2:08-bk-13935-CGC; 2:08-bk-13954-CGC; 2:08-bk-13939-CGC; 2:08-bk-14022-CGC; 2:08-bk-14024-CGC; 2:08-bk-14025-CGC; 2:08-bk-14027-CGC; 2:08-bk-14031-CGC; 2:08-bk-14033-CGC; 2:08-bk-13972-CGC; 2:08-bk-14564-CGC; |
| Debtors. | |
| | Jointly Administered Under Case No. 2:08-bk-13935-CGC |
| | **NOTICE OF HEARING ON CONFIRMATION OF PLAN** |

PLEASE NOTE that:

1.     Namwest, LLC ("Namwest") and certain of its related entities that are debtors and debtors-in-possession in these proceedings (collectively, the "**Debtors**"),[1] filed their *Second Amended Joint Plan of* Reorganization (the "**Plan**") and the *Second Amended Disclosure Statement in Support of Debtors' Joint Plan of Reorganization* (the "**Disclosure Statement**") on August 21, 2009.

2.     On August 25, 2009, the Court entered its Order Approving the Amended

---

[1]     The Debtors are the following entities: Namwest, LLC ("Namwest"); Namwest-101 Building, LLC ("101 Building); Namwest-Glenrosa & 35th Avenue, LLC ("Glenrosa"); SWB Enterprises, LLC ("SWB"); Namwest-Brownstone, LLC ("Brownstone"); Namwest-Dobbins, LLC ("Dobbins"); Namwest-Sun City Manor, LLC ("Sun City Manor"); Namwest-Town Lakes II, LLC ("Town Lakes II"); Namwest-7th Street & Deer Valley, LLC ("Deer Valley"); Namwest Construction & Development, LLC ("NW Construction"); and Namwest-Palms, LLC ("Palms").

Disclosure Statement for the Debtors' Joint Plan of Reorganization (the "**Disclosure Statement Order**").

3.      Pursuant to the Disclosure Statement Order, a hearing to consider confirmation of the Plan will be held before the Honorable Charles G. Case, III, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Arizona, 203 N. First Avenue, Phoenix, AZ 85004, on **October 28, 2009, at 10:00 a.m**. **Arizona Time**.

4.      Copies of the Plan and the Disclosure Statement may be obtained from the Court via PACER or by contacting counsel for the Debtors at the address listed above.

5.      Any responses or objections to confirmation of the Plan must: (a) be in writing; (b) identify the objecting party and its interest; (c) state, with particularity, the bases for the objection; (d) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Court; (e) be filed with the Court (electronically by registered users of the Court's ECF system); and (f) be served on: (i) Jennings, Strouss & Salmon, P.L.C., 201 E. Washington St., 11th Floor, Phoenix, Arizona 85004, Attn: Carolyn J. Johnsen, Esq., counsel for the Debtors; and (ii) the Office of the United States Trustee for the District of Arizona, 203 N. First Avenue, Phoenix, Arizona 85004, Attn: Larry Watson, Esq.; so as to be received by the Court and the above-listed parties no later than 5:00 p.m. Arizona Time on **October 21, 2009**.

6.      The Debtors shall file their ballot report and replies to objections, if any, on or before October 26, 2009.

DATED: August 28, 2009.          JENNINGS, STROUSS & SALMON, P.L.C.


By _/s/ Todd M. Adkins -- 025338_
          Carolyn J. Johnsen
          Todd M. Adkins
          Kerry A. Hodges
     Attorneys for the Debtors

2