# Notice Recipients

District/Off: 0970−2　　　　User: rstaplet　　　　Date Created: 12/30/2009
Case: 2:08−bk−13935−CGC　　　Form ID: pdf008　　　Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp　　　　Ezri Namvar

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | CHAD PHILIP MIESEN | chad@carpenterhazlewood.com |
| aty | CHRISTINA M. HARPER | |
| aty | CHRISTOPHER C. SIMPSON | csimpson@stinson.com |
| aty | CHRISTOPHER H. BAYLEY | CBayley@swlaw.com |
| aty | DANIEL E. GARRISON | dan@andantelaw.com |
| aty | DAVID M POITRAS | dpoitras@jmbm.com |
| aty | EDWARD RUBACHA | er@jhc−law.com |
| aty | EDWARD M ZACHARY | edward.zachary@bryancave.com |
| aty | EVANS O'BRIEN | eobrien@swlaw.com |
| aty | HILARY L BARNES | hbarnes@cavanaghlaw.com |
| aty | HOWARD C. MEYERS | hmeyers@bcattorneys.com |
| aty | JAMES B. BALL | ball@poliball.com |
| aty | JARED G. PARKER | jparker@dmylphx.com |
| aty | JOEL F. NEWELL | j.newell@cplawfirm.com |
| aty | KRISTEN ROSENBECK | krosenbeck@mulcahylaw.net |
| aty | KYLE S. HIRSCH | kyle.hirsch@bryancave.com |
| aty | LARRY LEE WATSON | larry.watson@usdoj.gov |
| aty | LESLIE A. BERKOFF | lberkoff@moritthock.com |
| aty | LINDSI M. WEBER | lindsi.weber@gknet.com |
| aty | LORI A LEWIS | llewis@swlaw.com |
| aty | MADELEINE 1 WANSLEE | mwanslee@gustlaw.com |
| aty | MICHAEL C. MCKAY | mmckay@schneiderwallace.com |
| aty | MONSERRAT MORALES | mmorales@pwkllp.com |
| aty | WESLEY DENTON RAY | wray@polsinelli.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp　　Bradley D. Sharp, Chapter 11 Trustee for Creditor Namco Capital Group, Inc.　　c/o David M. Poitras P.C.　　Jeffer Mangels Butler &Marmaro LLP　　1900 Avenue of the Stars　　7th Floor　　Los Angeles, CA 90067
aty　　Weiss &Spees, LLP　　1925 Century Park East　　Suite 650　　Los Angeles, CA 90067

TOTAL: 2