Carolyn J. Johnsen –011894
Todd M. Adkins – 025338
Kerry A. Hodges – 025547
**JENNINGS, STROUSS & SALMON, P.L.C.**
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
E-mail:  cjjohnsen@jsslaw.com
          tadkins@jsslaw.com
          khodges@jssslaw.com

Attorneys for the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>NAMWEST, LLC, *et al.*<br><br>Debtors.<br><br>_____<br><br>This filing applies to:<br><br>**X** ALL DEBTORS<br>☐ SPECIFIC DEBTOR | Chapter 11 Proceedings<br><br>Case Nos. 2:08-bk-13935-CGC;<br>2:08-bk-13954-CGC; 2:08-bk-13939-CGC;<br>2:08-bk-14022-CGC; 2:08-bk-14024-CGC;<br>2:08-bk-14025-CGC; 2:08-bk-14027-CGC;<br>2:08-bk-14031-CGC; 2:08-bk-14033-CGC;<br>2:08-bk-13972-CGC; 2:08-bk-14564-CGC;<br><br>Jointly Administered Under<br>Case No. 2:08-bk-13935-CGC<br><br>**NOTICE OF LODGING PROPOSED SCHEDULING ORDER RE: BOUCHERIAN SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** pursuant to Local Rule 9022-1 that the above-captioned Debtors have lodged a proposed Scheduling Order Re: Boucherian Settlement, a copy of which is attached hereto as Exhibit A.

DATED: January 6, 2010.

                                  JENNINGS, STROUSS & SALMON, P.L.C.

                                  By */s/ Todd M. Adkins – 025338*
                                       Carolyn J. Johnsen
                                       Todd M. Adkins
                                       Kerry A. Hodges
                                  Attorneys for the Debtors

3338244v1(60193.1)

COPY of the foregoing mailed/e-mailed this 6th day of January, 2010 to:

| | |
|---|---|
| Richard Cuellar<br>U.S. Trustee's Office<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003 | & Friedlander, P.A.<br>2901 N. Central Avenue, Suite 200<br>Phoenix, Arizona 85012-2705<br>william.novotny@mwmf.com<br>Attorneys for Wang Electric, Inc. |
| Maricopa County Treasurer<br>c/o Madeleine C. Wanslee<br>Gust Rosenfeld<br>201 E. Washington, Suite 800<br>Phoenix, AZ 85004-2327<br>Attorneys for Maricopa County Treasurer<br>mwanslee@gustlaw.com | Steven M. Cox<br>Waterfall, Economidis, Caldwell,<br>Hanshaw & Villamana, P.C.<br>5210 East Williams Circle, Suite 800<br>Tucson, Arzona 85711<br>Attorneys for GMAC |
| Edward M. Zachary, Esq.<br>Robert J. Miller, Esq.<br>BRYAN CAVE LLP<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>Attys for M&I Marshall & Ilsley Bank<br>rjmiller@bryancave.com<br>Edward.zachary@bryancave.com | Christopher H. Bayley<br>Lori A. Lewis<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2202<br>Attorneys for Roya Bouchehrian<br>cbayley@swlaw.com<br>llewis@swlaw.com |
| Edward Rubacha<br>JENNINGS, HAUG & CUNNINGHAM<br>2800 N. Central Ave., #1800<br>Phoenix, AZ 85004<br>Attorneys for Danny White Painting, Inc.<br>er@jhc-law.com | Peter J. Rathwell<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2202<br>Attorneys for Arizona Sports Foundation<br>prathwell@swlaw.com |
| James B. Ball<br>Poli & Ball, P.L.C.<br>2999 N. 44th Street, Suite 500<br>Phoenix, Arizona 85018<br>Attorneys for Compass Bank | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| William Novotny<br>Paul S. Ruderman<br>Mariscal Weeks McIntyre | Jared Parker<br>DECONCINI MCDONALD YETWIN<br>& LACY, P.C.<br>7310 North 16th Street, Suite 330<br>Phoenix, Arizona 85020 |

2

3338244v1(60193.1)

| | | |
|---|---|---|
| 1 | Attorneys for the Official Joint<br>Committee of Unsecured Creditors | Attorneys for Montecito Estates<br>Homeowners Association |
| 2 | | |
| 3 | Blair Korschun<br>Bankruptcy Servicer for Compass Bank<br>Ascension Capital Group, Inc.<br>P.O. Box 201347<br>Arlington, TX 76006 | Lexon Insurance Company<br>256 Jackson Meadows Drive, Suite 201<br>Hermitage TN 37076 |
| 4 | | |
| 5 | | Samuel H. Becker |
| 6 | Frederick Charles Thomas, Esq.<br>Smith & Craven, PLLC<br>P. O. Box 11888<br>Glendale, AZ 85318-1888<br>Attorneys for J-Rock Drywall, Inc. | BLACK ROME LLP<br>One Logan Square\<br>130 North 18th Street<br>Philadelphia, AZ  19103<br>(215) 832-5527 (fax)<br>Becker@blackrome.com<br>Attorneys for West Deptford Township |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Christina M. Harper<br>Office of the Attorney General<br>Tax Bankruptcy Collection Section<br>1275 West Washington<br>Phoenix, Arizona  85007-2997<br>Attorneys for Arizona Department of<br>Revenue | Michael McKay<br>Schneider, Wallace, Cottrell, Brayton, Knoecky, LLP<br>7702 E. Doubletree Ranch Road<br>Suite 300<br>Scottsdlae, Arizona  85258<br>Attorneys for Arizona Tempe Town Lake, LLC.,<br>Business to Business Markets, Inc. |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Scott Roberts Architectural Illustrator<br>361 S. Rosewood Lane<br>Phoenix, AZ  85054 | Hillary L. Barnes, Esq.<br>Vishnu R. Jonnalagadda, Esq.<br>Quarles & Brady LLP<br>Two North Central Avenue<br>Phoenix, Arizona  85004-2391Attorneys for The Township of West Deptford<br>Hilary.barnes@quarles.com<br>Vishnu.jonnalagadda@quarles.cm |
| 16 | | |
| 17 | | |
| 18 | Arizona Department of Revenue<br>Bankruptcy & Litigation<br>1600 W. Monroe, 7th Floor<br>Phoenix, Arizona  85007-2612 | |
| 19 | | |
| 20 | | |
| 21 | The Mahoney Group<br>20410 N. 19oth Avenue, Suite 170<br>Phoenix, Arizona  85027-1406 | David Wm. Engelman<br>Patrick A. Clisham<br>Engelman Berger, P.C.<br>3636 North Central Avenue<br>Phoenix, Arizona  85012<br>Attorneys for KS, LLC<br>dwe@engelmanberger.com<br>pac@engelmanberger.com |
| 22 | | |
| 23 | | |
| 24 | Kristen Rosenbeck<br>Mulcahy Law Firm, P.C.<br>3001 E. Camelback Road, Suite 130<br>Phoenix, Arizona  85016<br>krosenbeck@mulcahylaw.net | |
| 25 | | |
| 26 | | |

3

| | |
|---|---|
| Lindsi M. Weber<br>Gallagher & Kennedy, P.A.<br>2575 East Camelback Road<br>Phoenix, Arizona 85016<br>Lindsi.weber@gknet.com<br>Attorneys for New Cardinals Stadium, LLC | Phoenix, Arizona 85020<br>Attorneys for Raystone Investments, Inc.<br>j.newell@cplawfirm.com |
| Chad B. Miesen<br>Carpenter, Hazlewood, Delgado & Wood<br>1400 E. Southern Avenue, Suite 400<br>Tempe, AZ 85282<br>Attorneys for 101 Plaza North Office Condominium Association | Christopher C. Simpson<br>Stinson Morrison Hecker LLP<br>1850 N. Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>Attorneys for Bradley D. Sharp, Ch. 11 Trustee of the Bankruptcy Estate of the Namco Capital Group<br>csimpson@stinson.com |
| Leslie A. Berkoff<br>Moritt Hock Hamroff & Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530<br>Attorneys for Textron Financial Corporation | Mark T. Young<br>Samuel R.W. Price<br>Donahoe & Young LLP<br>25152 Springfield Court, Suite 345<br>Valencia, CA 91355-1096<br>Co-Counsel for Creditors Theodore Kohan, Arizona Tempe Town Lake, LLC and Business to Business Markets, Inc. |
| David M. Poitras, P.C.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>dpoitras@jmbm.com<br>Attorneys for Chapter 11 Trustee for Creditor Namco Capital Group, Inc. | /s/ Mary Ann Goudeau |
| Howard C. Myers<br>Burch & Cracchiolo, P.A.<br>702 E. Osborn, Suite 200<br>P. O. Box 16882<br>Phoenix, AZ 85011<br>Attorneys for PDS/JCS-31, LLC<br>hmeyers@bcattorneys.com | |
| Joel F. Newell<br>Carmichael & Powell, P.C.<br>7301 North 16th Street, Suite 103 | |

4

3338244v1(60193.1)



**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>NAMWEST, LLC, *et al.*<br><br>Debtors.<br><br>_____<br>This filing applies to:<br><br>   **X**   ALL DEBTORS<br>   ☐   SPECIFIC DEBTOR | Chapter 11 Proceedings<br><br>Case Nos. 2:08-bk-13935-CGC;<br>2:08-bk-13954-CGC; 2:08-bk-13939-CGC;<br>2:08-bk-14022-CGC; 2:08-bk-14024-CGC;<br>2:08-bk-14025-CGC; 2:08-bk-14027-CGC;<br>2:08-bk-14031-CGC; 2:08-bk-14033-CGC;<br>2:08-bk-13972-CGC; 2:08-bk-14564-CGC;<br><br>Jointly Administered Under<br>Case No. 2:08-bk-13935-CGC<br><br>**SCHEDULING ORDER RE:**<br>**BOUCHERIAN SETTLEMENT** |

On December 30, 2009, the Court issued an *Order re: Boucherian Settlement* ("**Order**") [Dkt. # 435], in which the Court explained that an evidentiary hearing would be required on the *Motion for Entry of an Order: (I) Under Bankruptcy Rule 9019 Approving Settlement with Roya Boucherian; (II) Under 11 U.S.C. § 363 Approving the Sale of Namwest, LLC's Member Interest in Namwest-Town Lakes II, LLC; and (III) Dismissing Namwest-Town Lakes II, LLC's Bankruptcy Case* (the "Motion") [Dkt. # 393]. Specifically, the Court listed five issues—some of which contain sub-issues—for which the Court would require evidence (the "**Issues**"). The Court further scheduled a status hearing on January 5, 2009, at which time the Court would consider all pre-hearing issues and issue a scheduling order for the evidentiary hearing.

3338070v1(60193.1)

On January 5, 2010, the Court held the status hearing at which counsel for the following parties were present: Debtors; Roya Boucherian; Kohan Parties; and the Chapter 11 Trustee for Namco Capital Group, Inc. Having considered the positions of each party at the status hearing, the Court hereby establishes the following schedule for the Evidentiary Hearing:

1. The Evidentiary Hearing on the Motion is scheduled for **January 28, 2010, at 9:00 a.m.** at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom No. 601, before the Honorable Charles G. Case II.

2. On or before January 12, 2010, the Debtors, Ms. Boucherian and Namco shall provide the Kohan Parties an initial draft of the Joint Pre-Trial Statement, which shall consist only of the following: (1) a concise statement of position regarding each of the five Issues identified in the Order; (2) list of witnesses who are expected to testify in support of each position; and (3) list of exhibits which will be used in support of each position (the "**Pre-Trial Statement**").

3. On or before January 12, 2010, the Debtors, Ms. Boucherian and Namco shall also provide the Kohan Parties all exhibits and declarations from all witnesses who are expected to give direct testimony in support of the positions taken on each of the five Issues.

4. On or before January 19, 2010, the Kohan Parties shall provide the Debtors, Ms. Boucherian and Namco with the Kohan Parties' portions of the Joint Pre-Trial Statement containing the same information described in ¶ 2 above.

5. On or before January 19, 2010, the Kohan Parties shall also provide the Debtors, Ms. Boucherian and Namco all exhibits and declarations from all witnesses who are expected to give direct testimony in support of the positions taken on each of the five Issues. Further, concurrently therewith, Kohan Parties shall provide copies of rebuttal exhibits and list of rebuttal witnesses with a description of the nature of the rebuttal witness' testimony.

3338070v1(60193.1)

1  6. On or before January 21, 2010, the Debtors, Ms. Boucherian and Namco shall provide Kohan Parties supplemental declarations from all witnesses expected to give direct testimony in support of the positions on the five Issues as well as copies of rebuttal exhibits and list of rebuttal witnesses with a description of the nature of the rebuttal witness' testimony.

7. The parties may take limited depositions of witnesses as set forth below:

    i. No deposition shall occur prior to January 12, 2010.

    ii. No deposition shall last longer than 2 hours of examination; provided however, that the deponent participates in good faith so that there is 2 complete hours of questions and answers.

8. All direct testimony shall be provided in the form of declarations as described above. The Court will not consider as evidence any declaration, exhibit or testimony from a witness that is not disclosed within the deadlines established above.

9. At the Evidentiary Hearing, the Court will consider only evidence relevant to the five Issues identified in the Order.

DATED AND SIGNED ABOVE.

3