# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Namwest, LLC |
| **Case Number:** | 2:08-bk-13935-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 03, 2010 10:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

INITIAL HEARING ON CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION

**R / M #:** 341 / 0

## Appearances:

TODD M. ADKINS, ATTORNEY FOR NAMWEST, LLC
CAROLYN JOHNSEN, ATTORNEY FOR NAMWEST, LLC
JIMMIE PURCELL, ATTORNEY FOR DEBTOR
LAURIE LEWIS, ATTORNEY FOR ROYA BOUCHERIAN
DAVID NAROUZI
JARED PARKER, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
MARK YOUNG, ATTORNEY FOR KOHAN ENTITIES
DAN SEDOR, ATTORNEY FOR CHAPTER 11 TRUSTEE
DAN SCHEIN, ATTORNEY FOR NAMWEST

## Proceedings:

Ms. Johnsen advises she will be requesting a 30 day continued hearing on plan confirmation based upon the Court's under advisement ruling on the Motion to Approve Settlement Agreement.

THE COURT PLACES HIS ORAL FINDINGS AND CONCLUSIONS OF LAW ON ON THE RECORD AS REQUIRED UNDER RULE 52 AS INCORPORATED IN THE BANKRUPTCY RULE 7052.

IT IS ORDERED UPON SUBMISSION OF A REVISED SETTLEMENT AGREEMENT THE COURT WILL APPROVE AND SIGN THE SETTLEMENT ORDER.